UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

BYRON E. ADAMS #A-60952,
Plaintiff.

v.

K. HVARRE
Defendant.

CASE NO: 26-CV-282-RJD
DALY, MAGistrate Judge:

# AMENDED COMPLAINT

Now Comes Plaintiff, Byron E. Adams #A-60952, by Prose hereby in this Amended Complaint State's as follows:

Plaintiff Byron E. Adams, an inmate of the Illinois Department of Corrections (IDOC) currently detained at Dixon Correctional Center, bring this civil rights action pursuant to 42 U.S.C.§ 1983 for violation of my rights at Big Muddy River Correctional Center (Doc. 8). BACK in 2024 I was taken a Shower at about 7:30 Am in cell house (2) on the lower deck. This took Place at Big Muddy C.C back in 2024 all medical Records can be Versified by Mecail Records.

When I was finish with my shower I set down in the shower chair and rolled to the end of the shower where my wheelchair was setting as I got up to get in my wheelchair, the shower chair moved back and I slipped and fell hard onto the floor on my left knee. I pulled myself up by holding the arm of my wheelchair.

I went out to the officer and told him I fell coming out of the shower he called he called health care he said that they told him to send me over. When I got to health care I was seen by Nurse pratitioner she said that she was giving me a medical Permit for ice to put on my left knee and she was ordering a X-Ray of my left knee.

I had that medical Permit and showed it to the officer of the cell house because in order to get ice you need a medical Permit from heath. But every time I showed the officer my medical permit I could never get ice. So one day I saw Asst. Warden Huarre in the ~~chow~~ dining room.

I stop her and told her I fell coming out the shower and told her I had a medical Permit from health care to receive ice for my medical issue to put on my left knee she told me she would call the cell house to make sure I receive ice for my knee. She didn't ask me anything about how I fell the only response I got from her was (AND) Just like she didn't care. And I never received any ice for my knee but I was told by Asst. Warden Huarre she would take care of it.

this shower floor have what look like (Ceramie Tiles) and the walls are the same when wet it real Slippery I had my shower shoes on it did not Stop me from falling, there are no bar's in the Shower to hold on to so I had to try and make it to my wheelchair without help.

K. Hrarre is aware there was not any bar's in the Shower to hold onto to Stop from falling She always tour the housing unit to talk with inmate maybe every other month She can see the whole shower when She come throw the wing door because it right there at the front of the gallery on the lower desk.

When I shower I have to see in the shower chair which is white with 4 leg's I don't think that it have a lock on the shower chair to lock the wheel's because that how it move back when I tryed to get in my Wheel Chair.

the Shower with is made up of (Ceramic Tiles) this is Something that should not be on a Shower floor it's a Hazardous Condition of Confinement there No ~~non~~ Shower Mat's on the floor to keep you from falling K. Hrarre is also aware of this She know every that is done in the cell house because inmate's are alwys filing grievance about the Shower.

The shower floor was dangerous because (1) there was no Shower (MAt's) on the floor (2) There was no Bars on the wall to hold onto (3) the floor is made up of (Ceramic Tiles) is very Slippery.

I told K. Hvarre I was showering and I fell and hurt my left knee and there was no (MATS in the shower to keep from falling and there was no bar in the shower to hold onto, and K. Hvarre response was Just this (AND) She should have known by there was no (MATS) in the shower and no (bars) to hold onto there was a serious risk because she have toured the ~~wig~~ wings enough to know this she was were that why her response was JUST (AND)). Nurse Practitioner ordered ~~a~~ a X-Ray of my left knee it was never done at Big Muddy C.C before I was transferred out of Dixon.

I was not Protect the federal laws Protect People with disabilities (1) Americans with Disabilities Act (ADA)(2) Section 504 of the Rehabilition Act of 1973 (Section 504). When I told K. Hvarre I fell and hurt my knee and the Nurse Practitioner order ICE and a X-RAY, it was never done so K. Hvarre was informed of a Serious risk and that the shower was unsafe.

I filed a grievance in this matter to the counselor but never received a response, and since I been at Dixon I have filed another grievance about my injured left knee that took Place at Big Muddy falling in the shower, The grievance procedure was (unavailable) I even sent a grievance to K. Hvarre after I arrived here at Dixon in the U.S mail still no response to either grievance I filed. I did my best to follow grievance procedure but they was unvailable to me.

WHEREFORE, Byron E. Adams #A-60952, file this Amended Complaint for all the above reason State in the Complaint hope this Court Will grant it.

Respectfully Submitted
Byron Adams A-60952
2600 N. Brinton Ave.
Dixon, ILLinois 61021

BYRON E. ADAMS #A-60952
DIXON CORRECTional Center
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

CAROL STREAM IL 601
30 APR 2026 PM 4

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 61021 $ 000.74⁰
02 7W
0008028279 APR 29 2026

MAIL CLEARED US MARSHALS

LEGAL MAIL

CLERK
UNITED STATES DISTRICT COURT
750 MISSOURI AVE.
EAST ST. LOUIS, ILLINOIS 62201

62201-295429

RECEIVED
MAY 04 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE